ANDERSEN ET AL. *v.* FLORIDA.

No. 335. Decided October 14, 1968.

*William Y. Akerman* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MUNIZ *v.* BETO, CORRECTIONS DIRECTOR.

No. 430, Misc. Decided October 14, 1968.

*Joseph A. Calamia* for appellant.

*Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, *Robert C. Flowers* and *Allo B. Crow, Jr.,* Assistant Attorneys General, and *W. Barton Boling* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.